[No. 36802-1-II. Division Two. February 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY S. HELLER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00036-7, F. Mark McCauley, J., entered September 24, 2007. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 36849-8-II. Division Two. February 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYANT DENNIS NOLAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00510-7, Richard L. Brosey, J., entered October 8, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 36962-1-II. Division Two. February 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH DERRICK OPHER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-03169-5, Kitty-Ann van Doorninck, J., entered November 2, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 36995-8-II. Division Two. February 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM LEE VALLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-00754-5, Sally F. Olsen, J., entered November 16, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Hunt and Quinn-Brintnall, JJ.